

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00196-CV
_____

JUAN CARLOS CERVANTES, INDIVIDUALLY,
D/B/A PANGEA FLOOR COVERINGS, APPELLANT

V.

TRAVIS TILE SALES, INC., APPELLEE

On Appeal from the County Court at Law Number 1
Travis County, Texas[1]
Trial Court No. C-1-CV-15-000813, Honorable Todd T. Wong, Presiding

February 28, 2020

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Juan Carlos Cervantes, individually and d/b/a Pangea Floor Coverings, filed a notice of appeal without paying the requisite filing fee. By letter of January 6, 2020, the Clerk of this Court notified Cervantes that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by January 17

_____

[1] Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

would result in dismissal of the appeal.  To date, Cervantes has not paid the filing fee or sought leave to proceed without payment of court costs.

Because Cervantes has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. TEX. R. APP. P. 42.3(c).

Per Curiam